1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CYNTHIA ARMSTRONG,

             Plaintiff(s),

   v.

CAPSTONE DEVELOPMENT
CORPORATION, et al.,

             Defendant(s).

NO. C05-1433P

MINUTE ORDER

     The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

     The Court wishes to advise the parties that, having reviewed all the pleadings, exhibits and declarations related to Defendants' Motion for Summary Judgment, the Court intends to GRANT the motion for summary judgment and dismiss Plaintiff's claims.

     A written opinion will follow; in the interim, all discovery in this matter is STAYED until the written opinion is issued.

     Filed this 15th day of June, 2006.

BRUCE RIFKIN, Clerk

By    /s Mary Duett
       Deputy Clerk

MINUTE ORDER