UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYNTHIA ARMSTRONG,<br><br>        Plaintiff,<br><br>        v.<br><br>CAPSTONE DEVELOPMENT CORPORATION; CAPSTONE ON-CAMPUS MANAGEMENT, LLC; CAPSTONE PROPERTIES CORPORATION; CAPSTONE MANAGEMENT COMPANY AND CAPSTONE A.B.C UNIDENTIFIED BUSINESS OR CORPORATE ENTITIES,<br><br>        Defendants. | Case No. C05-1433P<br><br>TAXATION OF COSTS |

Costs in the above-entitled action are hereby taxed against PLAINTIFF CYNTHIA ARMSTRONG and on behalf of DEFENDANTS in the amount of $1,142.15.

Dated this   1st   day of AUGUST, 2006 .

_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 1